IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WILLIAM E. HARRIS, III,<br><br>        Plaintiff,<br><br>  v.<br><br>CAROL ROSE HARRIS and FIRST FARMERS BANK & TRUST CO.,<br><br>        Defendants. | Case No. 2:20-cv-00048-JMS-MJD |

## **APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

       I am admitted to practice in this court, and I appear in this case as counsel for Defendant, First Farmers Bank & Trust Co.


Date:   February 14, 2020        *s/ Andrew W. Hull*
                                                  Andrew W. Hull (11218-49)
                                                  awhull@hooverhullturner.com
                                                  HOOVER HULL TURNER LLP
                                                  111 Monument Circle, Suite 4400
                                                  P.O. Box 44989
                                                  Indianapolis, IN  46244-0989
                                                  Tel: (317) 822-4400
                                                  Fax: (317) 822-0234


1092688